UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Jiangsu Changlong Chemicals Co., Ltd.,

                                    Plaintiff(s),                          **ORDER**
                                                                           CV 04-2082 (LDW)(WDW)

            -against-

Burlington Bio-Medical & Scientific Corp.,

                                    Defendant(s).
-------------------------------------------------------------------X

**WALL, Magistrate Judge:**

        Before the court is a motion by the plaintiff to compel responses to a subpoena served on

non-party Paritz & Company, P.A., in its continuing effort to collect a judgment entered against

the defendant.  Docket Entry [15].  The plaintiff served Paritz & Company with the motion on

March 30, 2007, and filed the motion with the court on April 17, 2007, but Paritz has submitted

no opposition.  The plaintiff's papers in support of the motion establish the reasonableness of the

subpoena and the efforts the plaintiff engaged in to try to secure a response by Paritz.  Paritz has

nonetheless refused to produce any of the documents demanded or a deponent.  *See* Strassberg

Aff. ¶2.

        The motion is granted both as unopposed and on the merits, and Paritz & Company is

ordered to comply with the subpoena within ten days of the date of this order.  Compliance will

require production of the documents demanded and the appearance of Paritz for a deposition

through Brian Serotta and, if necessary, another representative of the firm.  The court declines to

award the costs of the motion.

Dated:  Central Islip, New York                    **SO ORDERED:**
            April 27, 2007


                                                    /s/ William D. Wall
                                                          WILLIAM D. WALL
                                                    United States Magistrate Judge