UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
JIANGSU CHANGLONG CHEMICALS,
CO., INC.,

                Plaintiff,           MEMORANDUM AND ORDER

                                   CV 05-2082

     -against-                        (Wexler, J.)

BURLINGTON BIO-MEDICAL &
SCIENTIFIC CORPORATION,
                          Defendant.
------------------------------------------------X

APPEARANCES:

    STRASSBERG & STRASSBERG, PC
    Attorneys for Plaintiff
    57 West 38th Street
    New York, New York 10018

    SILVERMAN PERLSTEIN & ACAMPORA LLP
    BY: ROBERT J. ANSELL, ESQ.
    Attorneys for Defendant
    100 Jericho Quadrangle Suite 300
    Jericho, New York 11753

WEXLER, J.

    Plaintiff Jiangsu Changlong Chemicals, Co., Inc. ("Changlong"), is presently before this court seeking post-judgment relief against the named Defendants and other individuals and entities. This court hereby refers this matter to the Honorable William D. Wall, United States Magistrate Judge, for hearing on the request, discovery and non-dispositive matters and to report and recommend on all other matters related to this request.

    SO ORDERED.

                                                    LEONARD D. WEXLER
                                                    UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
         September 6, 2007