UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Jiangsu Changlong Chemicals Co., Ltd.,
                                      Plaintiff(s),           **ORDER**
                                                             CV 05-2082 (LDW)(WDW)

        -against-

Burlington Bio-Medical & Scientific Corp.,
                                      Defendant(s).
------------------------------------------------------------------X

**WALL, Magistrate Judge:**

      Before the court is the plaintiff's motion to substitute "Chapter 7 Trustee Robert C. Furr of Burlington Bio-Medical Corporation" as the real party in interest in place of plaintiff Jiangsu Changlong Chemicals Co., Ltd., and to remove Robert Ansell, who has ceased to represent the defendant Burlington, as counsel for Defendant Burlington and Movant Silverman, Perlstein, Acampora LLP. The plaintiff also seeks a date for the previously adjourned turnover hearing. The motion is unopposed and is based, in part, on the order of Bankruptcy Judge Paul G. Hyman of the Southern District of Florida.

      The plaintiff having provided sufficient support for the relief sought, the motion is granted. The Clerk of the Court is directed to substitute "Robert C. Furr, Chapter 7 Trustee of Burlington Bio-Medical Corp.," in place of plaintiff Jiangsu and to terminate Mr. Ansell as counsel for Burlington and Silverman, Perlstein, Acampora LLP. Mr. Furr's address is:

> Robert C. Furr, Trustee
> Furr & Cohen, P.A.
> 2255 Glades Road, Suite 337 W
> Boca Raton, FL 33431
> (561) 395-0500 - FAX (561) 338-7532
> rfurr@furrcohen.com

      Trustee Furr, as the real party in interest, will be represented by Todd Strassberg, who now represents the plaintiff and who has been hired by Mr. Furr to represent him. The hearing will be

held on February 12, 2008 at 10:30 a.m. Any request to adjourn this conference must be docketed as a letter motion or motion, and must include alternative dates acceptable to all parties

Dated: Central Islip, New York
January 24, 2008

**SO ORDERED:**

 /s/ William D. Wall
WILLIAM D. WALL
United States Magistrate Judge